MORGAN, LEWIS & BOCKIUS LLP
Paul A. Zevnik, State Bar No. 75343
Howard Holderness, State Bar No. 169814
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001

Attorneys for Defendant,
PepsiAmericas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSIAMERICAS, INC.; a Delaware corporation;,<br><br>Defendant. | Case No. C10-00755 CRB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL**<br><br>Dept.:  Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED AND AGREED TO between Plaintiff Century Indemnity Company ("Century Indemnity") and Defendant PepsiAmericas, Inc., n/k/a Pepsi-Cola Metropolitan Bottling Company, Inc. ("Pepsi"), through their designated counsel, that pursuant to FRCP 41(a)(1) the captioned matter be, and is hereby dismissed as follows:

1. Century Indemnity agrees to dismiss all claims in this action against Pepsi without prejudice; and

2. The parties agree that the claims asserted by Century Indemnity in this action, and any defenses that Pepsi could have raised in this action, may be brought in the United States District Court for the Central District of California in the pending action styled as *Pepsi-Cola Metropolitan Bottling Company, Inc. v. Insurance Company of North America, Inc. and OneBeacon America Insurance Company*, CV10-2696-SVW.

1
2
3   Dated: June 14, 2010                    BERMAN & AIWASIAN
4
5                                           By _____
6                                              John C. Conway
                                               Attorneys for Petitioner
7                                              Century Indemnity Company
8
9   Dated: June 14, 2010                    MORGAN, LEWIS & BOCKIUS LLP
10
11                                          By _____
12                                             Howard Holderness
                                               Attorneys for Respondent
13                                             PepsiAmericas, Inc.
14
15
16       GOOD CAUSE appearing, IT IS SO ORDERED.
17  Date: June 21, 2010
18                                          Honorable Charles R. Breyer
                                            United States District Judge
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64983386.1                    2                  CENTURY INDEMNITY AND PEPSI'S
                                                          STIPULATION AND ORDER

*IT IS SO ORDERED — Judge Charles R. Breyer*